IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Campos, Jesus

Printed: 03/03/09

Case Number: 05 B 02389
Judge: Hollis, Pamela S
Filed: 1/26/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: February 26, 2009
Confirmed: March 14, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 34,722.12 |  |
| Secured: |  | 1,011.21 |
| Unsecured: |  | 30,428.70 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,450.00 |
| Trustee Fee: |  | 1,832.21 |
| Other Funds: |  | 0.00 |
| Totals: | 34,722.12 | 34,722.12 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | James A Young | Administrative | 1,450.00 | 1,450.00 |
| 2. | Nationwide Acceptance Corp | Secured | 1,011.21 | 1,011.21 |
| 3. | Resurgent Capital Services | Unsecured | 3,736.26 | 3,736.26 |
| 4. | ECast Settlement Corp | Unsecured | 8,628.79 | 8,628.79 |
| 5. | ECast Settlement Corp | Unsecured | 4,688.22 | 4,688.22 |
| 6. | Discover Financial Services | Unsecured | 11,206.09 | 11,206.09 |
| 7. | Resurgent Capital Services | Unsecured | 2,169.34 | 2,169.34 |
| 8. | Alexian Brothers Medical Center | Unsecured |  | No Claim Filed |
| 9. | Health Care Collection Services | Unsecured |  | No Claim Filed |
| 10. | Healthy Smiles Dental Care LLC | Unsecured |  | No Claim Filed |
| 11. | Northwestern Medical Faculty | Unsecured |  | No Claim Filed |
| 12. | Physician Anesthesia | Unsecured |  | No Claim Filed |
| 13. | ICS | Unsecured |  | No Claim Filed |
|  |  |  | $ 32,889.91 | $ 32,889.91 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 98.10 |
| 3% | 83.50 |
| 5.5% | 329.11 |
| 5% | 112.20 |
| 4.8% | 215.41 |
| 5.4% | 484.71 |
| 6.5% | 340.33 |
| 6.6% | 168.85 |
|  | $ 1,832.21 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Campos, Jesus | Case Number: 05 B 02389 |
| | Judge: Hollis, Pamela S |
| Printed: 03/03/09 | Filed: 1/26/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*